Anna C. Woodbridge et al., Appellants, v. J. F. Laing et al., Appellees.

An Appeal from the Circuit Court for the County of Seminole.

Appeal dismissed on motion of counsel for Appellees.

*John G. Leonardy,* for Appellants;

*George G. Herring,* for Appellees.

---

Acme Naval Stores Co., Plaintiff in Error, v. W. P. Mizell, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Suwannee.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*L. E. Robertson,* for Plaintiff in Error.

*John F. Harrell,* for Defendant in Error.